FILED
98 APR -8 PM 3:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| JOEY TYRONE HUNDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 97-P-2118-S |
| | ) | |
| DETECTIVE UNKNOWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTERED**
**APR - 8 1998**

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 5, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous and for failing to state a claim upon which relief can be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) as frivolous and for failing to state a claim upon which relief can be granted. A Final Judgment will be entered.

DATED this ___8th___ day of ___April___, 1998.

SAM C. POINTER, JR.
CHIEF DISTRICT JUDGE